

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00154-CV

**IN RE** Glenn H. **KOTHMANN**, and GHK Enterprises L.P.

From the County Court, Frio County, Texas
Trial Court No. 9268
Honorable Arnulfo C. Luna, Judge Presiding

# O R D E R

Sitting:       Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Relators have filed a petition seeking a writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **May 13, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 28, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

